**Order entered August 30, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-00377-CR

**MANUEL LEIS PEREZ, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. F10-31001-J**

## ORDER

Appellant's Motion for Extension of Time to File Motion for Rehearing is **GRANTED**.


/s/     KERRY P. FITZGERALD
          JUSTICE